IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY DEAN WINTERS,

    Plaintiff,                                 No. 2:11-cv-3216 KJN P

    vs.

ALISHA SLATER,                                 ORDER AND

    Defendant.                            FINDINGS AND RECOMMENDATIONS

_____/

        By an order filed December 14, 2011, plaintiff was ordered to file an in forma pauperis affidavit or pay the appropriate filing fee within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed an in forma pauperis affidavit or paid the appropriate filing fee.[1]

        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

////

---

[1] Plaintiff is advised that even if he is granted leave to proceed in forma pauperis, he is required to pay the $350.00 filing fee, which will be deducted from his prison trust account statement in installments as provided in 28 U.S.C. § 1915(b)(1).

1

1    IT IS RECOMMENDED that this action be dismissed without prejudice.

2    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be filed and served within fourteen days after service of the objections.  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED:  January 18, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

wint3216.fff